UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Papagallo Yacht Charters, Inc., Leonard Gentieu and Midge Gentieu as the owners of the vessel Papagallo II, and her engines, tackle, appurtenances | Case No. CV 17-04556-AB (JCx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 23, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE