**COX WOOTTON LERNER GRIFFIN & HANSEN LLP**
Neil S. Lerner (SBN 134031)
Mina M. Morkos (SBN 297160)
12011 San Vicente Blvd., Suite 600
Los Angeles, CA 90049
Tel: (310) 440-0020
Fax: (310) 440-0015
nsl@cwlfirm.com

Mark E. Tepper (SBN 275902)
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: (415) 438-4600
Fax: (415) 438-4601
mtepper@cwlfirm.com

Attorneys for Plaintiffs-in-Limitation,
PAPAGALLO YACHT CHARTERS, INC.,
LEONARD GENTIEU, and MIDGE GENTIEU

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of<br><br>PAPAGALLO YACHT CHARTERS, INC., LEONARD GENTIEU, and MIDGE GENTIEU, as the owners of the vessel "PAPAGALLO II," and her engines, tackle, appurtenances, etc.<br><br>For Exoneration from or Limitation of Liability. | Case No.: 2:17-cv-04556-AB (JCx)<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATED REQUEST TO DISMISS ACTION WITH PREJUDICE |

In light of the parties' full and final settlement of the claims at issue and their stipulation to dismiss the action with prejudice described above, this action and all parties' claims for relief are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: 3/27/2019

_____
ANDRE BIROTTE JR., District Judge
UNITED STATES DISTRICT COURT